UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEMONI PETERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>F. LEEKIE, *et al.*,<br><br>  Defendants. | Case No.  2:23-cv-01348-WBS-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 13 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 13. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 13, is granted.

2. Plaintiff is granted until February 12, 2024, to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:  December 11, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE